Courtney M. Peterson ISB# 8002
Charles F. Peterson, ISB# 3346
PETERSON LAWYERS
671 E. Riverpark Lane, Suite 210
Boise, Idaho 83706
Telephone (208) 342-4466
Telephone (208) 342-4633
FAX (208) 955-2020
courtney@petersonlawyers.com
chuck@petersonlawyers.com

Attorneys for Defendant James Ramsey

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-cr-00158-DCN |
| Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL** |
| vs. | |
| JAMES RAMSEY, aka "GORDY, " aka "WHITEBRED," | |
| Defendant. | |

    Courtney M. Peterson, attorney for James Ramsey, moves this Court, under Local Criminal Rule 44.1(b), to permit counsel to withdraw from further representation of Mr. Ramsey in this case. Given the scope of this case, Ms. Peterson acknowledges the significance of such a request. However, professional considerations require termination of the representation.[1]

    Counsel further moves for the immediate appointment of substitute counsel to take over the representation of Mr. Ramsey and will do everything possible to assist substitute counsel to get up to speed quickly on Mr. Ramsey's case.

---

[1] I.R.P.C. 1.16, Comment 3.

**MOTION TO WITHDRAW AS COUNSEL - 1**

Dated: September 26, 2023.

　　　　　　　　　　　　　　　　//s//
　　　　　　　　　　　　　　　　Courtney M. Peterson
　　　　　　　　　　　　　　　　Attorney for Defendant James Ramsey

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on September 26, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by email:

Joshua David Hurwitt
United States Attorney
Francis Z. Zebari
Kevin T. Maloney
Assistant United States Attorney
Frank.zebari@usdoj.gov
Kevin.maloney@usdoj.gov

      //s//
      Courtney M. Peterson